Adam D. Smith, Esq.
Nevada Bar No. 9690
ADAM SMITH LAW PLLC
850 E. Bonneville Avenue
Las Vegas, Nevada  89101
T:  (702) 929-2289
F:  (702) 960-4454
asmith@adamsmithlaw.com
Attorneys for Samuel Rowe

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COMPAGNIE MARITIME MARFRET, a French corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATURAL WATERS, INC., a Nevada Corporation; SAMUEL J. ROWE, an individual, and LARRY J. LUCAS, an individual,<br><br>Defendants. | Case No.: 2:16-cv-01211-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO APPLICATION FOR ENTRY OF DEFAULT JUDGMENT** |

WHEREAS, on November 10, 2016, Plaintiff Compagnie Maritime Marfet filed an Application for Entry of Default Judgment (the "Application");

WHEREAS, the Application is based upon this Court's September 30, 2016, Default against Defendant Samuel Rowe ("Rowe");

WHEREAS, Rowe intends to seek to set aside the Default;

WHEREAS, Rowe also intends to oppose the Application;

WHEREAS, Rowe's response to Application is due December 1, 2016;

WHEREAS, Rowe requests a brief extension of one week to respond to the Application because he needed time to retain counsel, the Thanksgiving Holiday shortens the time to respond, and Rowe desires to submit his motion to set aside the Default at the same time as his response to the Application;

/ / /

1   IT IS HEREBY STIPULATED Defendant Samuel Rowe's time to respond to the Application
2  shall be extended to December 8, 2016.

3   DATED this 17th day of November, 2016.     DATED this 17th day of November, 2016.

4   HOLLAND & HART LLP                         ADAM SMITH LAW

6   By: /s/ Joseph G. Went                     By: /s/ Adam D. Smith
    Joseph G. Went                             Adam D. Smith, Esq.
7   Nevada Bar No. 9220                        Nevada Bar No. 9690
    Tamara Reid                                850 E. Bonneville Avenue
8   Nevada Bar No. 9840                        Las Vegas, Nevada 89101
    9555 Hillwood Drive, 2nd Floor             Attorneys for Defendant Samuel Rowe
9   Las Vegas, Nevada 89134
    Attorneys for Plaintiff

**IT IS SO ORDERED**

Dated November 22, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

16  Respectfully Submitted:

17  ADAM SMITH LAW

19  By: /s/ Adam S. Smith
      Adam D. Smith, Esq.
      Nevada Bar No. 9690
20    850 E. Bonneville Avenue
21    Las Vegas, Nevada 89101
    Attorneys for Defendant Samuel Rowe