UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| COMPAGNIE MARITIME MARFRET,<br><br>                          Plaintiff,<br>       v.<br>NATURAL WATERS, INC., et al.,<br><br>                          Defendants. | Case No. 2:16-cv-01211-JCM-PAL<br><br>ORDER<br><br>(Mot WD – ECF No. 32) |

Before the court is Adam D. Smith's Motion to Withdraw as Counsel of Record (ECF No. 32) for Defendant Samuel J. Rowe ("Rowe"). The motion and supporting declaration states the law firm has performed substantial work on behalf of Mr. Rowe, but has not been paid, and it would work an undue hardship on the firm to continue representation without payment. Mr. Smith therefore seeks leave to withdraw as counsel of record.

The motion also asserts allowing counsel to withdraw will not delay proceedings in this case because Rowe has been defaulted. A Motion to Set Aside Clerk's Entry of Default (ECF No. 21) was filed December 7, 2016, and is fully briefed and awaiting a decision by the district judge.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1.   Mr. Smith's Motion to Withdraw (ECF No. 32) is **GRANTED**.

2.   Defendant Rowe shall have until **April 25, 2017**, in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice, or shall file a notice with the court that he will be appearing in this matter *pro se*.

3.   Defendant Rowe's failure to timely comply with this order by either obtaining substitute counsel, or filing a notice that he will be appearing in this matter *pro se* may result in

1 the imposition of sanctions, which may include a recommendation to the District Judge for default
2 judgment.
3     4.     The Clerk of the Court shall serve the plaintiff with a copy of this order at Rowe's
4 last known address:

> Samuel Rowe
> 81 Broken Rock Drive
> Henderson, NV 89074
> (702) 340-2727
> Severio27@aolcom

DATED this 31st day of March, 2017.

                                                _____
                                                PEGGY A. LEEN
                                                UNITED STATES MAGISTRATE JUDGE