# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Compagnie Maritime Marfret

Plaintiff,

**DEFAULT JUDGMENT IN A CIVIL CASE**

V.

Natural Waters, Inc., et al

Case Number: 2:16-cv-01211-JCM-PAL

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that default judgment is hereby entered in favor of Plaintiff Compagnie Maritime Marfret and against Defendants Natural Waters, Inc. and Larry J. Lucas, pursuant to Order #35 entered June 15, 2017.

| June 15, 2017 | /s/ Debra K. Kempi |
|---|---|
| Date | Clerk |
| | /s/ M. Morrison |
| | (By) Deputy Clerk |