# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

COMPAGNIE MARITIME MARFRET,

                Plaintiff,

    v.

NATURAL WATERS, INC., et al.,

                Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:16-CV-1211 JCM-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

in favor of plaintiff and against Rowe in the amount of $84,325.12

7/30/19
Date

DEBRA K. KEMPI
Clerk

/s/ J. Callo
Deputy Clerk